United States District Court
Southern District of Texas
**ENTERED**
February 24, 2017
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, Plaintiff/ Counter-Defendant, | § § § § | |
| v. | § | Civil Action No. 1:16-cv-00070 |
| STRIPES LLC and FERNANDO BENAVIDES Defendants. | § § § § | |

# ORDER

The Court is in receipt of "Defendant/Counter-Plaintiff, Stripes LLC's Notice of Filing of Stipulation of Dismissal and Unopposed Motion to Enter Final Order of Dismissal" (Docket No. 30) and Defendant's "Rule 41(a)(1)(A)(ii) Stipulation of Dismissal" (Docket No. 31) in the above-captioned case. All parties have agreed to dismiss this case with prejudice. Docket No. 31 at 1–3.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in the above-captioned law suit are **DISMISSED** with prejudice. All parties shall bear their own attorney's fees and costs. The Court hereby **ORDERS** the Clerk of Court to close this case.

Signed on this 24th day of February, 2017.

Rolando Olvera
United States District Judge